**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JULIANN BAGBY, | Case No. 2:14-CV-01297-JAM-CKD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME BY NOT MORE THAN 28 DAYS [L.R.] 144(a)** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Good cause appearing, the Stipulation to Extend Time to Respond to Initial Complaint by not more than 28 days of plaintiff Juliann Bagby and defendant Life Insurance Company of North America ("LINA") to extend time to respond to Plaintiff's Complaint is **GRANTED**. Defendant Life Insurance Company of North America's time to respond to the Complaint is extended by 28 days, from June 20, 2014 to July 18, 2014.

**IT IS SO ORDERED.**

Dated: June 6, 2014        /s/ John A. Mendez
                          Hon. John A. Mendez
                          Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. 2:14-CV-01297-JAM-CKD
[PROPOSED]ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS