UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANN BAGBY,<br><br>        Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 2:14-CV-01297-JAM-CKD<br><br>**ORDER RE JOINT STIPULATION TO BIFURCATE LTD AND LWOP CLAIMS FROM CLAIM FOR DEATH BENEFITS** |

The Court having considered the Parties' Joint Stipulation to Bifurcate Claims for LTD Benefits and LWOP from Claim for Death Benefits, and finding good cause thereon, hereby orders:

1. The Parties' request to bifurcate the claims into two segments (first the LTD benefits claim and LWOP claim; second, if applicable, the claim for death benefits) is GRANTED.

2. The parties will file a Joint Status Report within 30 days. Thereafter, the Court will issue its Pretrial Scheduling Order and will further address the bifurcation of claims in that Order.

Dated: July 18, 2014

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No.  2:14-CV-01297-JAM-CKD
[PROPOSED] ORDER RE JOINT STIPULATION TO BIFURCATE LTD AND LWOP CLAIMS FROM CLAIM FOR DEATH BENEFITS